UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
James Edward O'Keefe III,

                    Plaintiff,

      - against -

Federal Bureau of Investigation,

                    Defendant.
---------------------------------------------------------------x

7:20-CV-06146

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Jered T. Ede hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for James Edward O'Keefe III in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 8/4/20

Respectfully Submitted,

Applicant Signature: *[signature]*

Applicant's Name: Jered T. Ede

Firm Name: Law Office of Jered T. Ede

Address: 1214 W. Boston Post Road, No. 148

City/State/Zip: Mamaroneck, NY 10543

Telephone/Fax: 914-758-2938

Email: jered@jtede.com