UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES EDWARD O'KEEFE III; <br><br> Plaintiff, <br><br> -against- <br><br> FEDERAL BUREAU OF INVESTIGATION; <br><br> Defendant. | Case No. _____ 7:20-CV-06146 _____ <br><br> AFFIDAVIT OF JERED T. EDE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE <br><br> Jury Trial Requested |

I, Jered T. Ede, declare under penalty of perjury as follows:

1. I am the attorney for plaintiff in the above-entitled action. I make this affidavit in support of my concurrently filed Motion for Admission to the United States District Court for the Southern District of New York Pro Hac Vice pursuant to SDNY Local Rule 1.6, specifically for the above-captioned case. The following is based upon my personal knowledge.

2. I am an attorney licensed to practice and in good standing in the bar of the states of California and Texas, in addition to the District Courts for the Northern, Eastern, Southern, and Central Districts of California, the District Courts for the Northern, Eastern, Southern, and Western Districts of Texas, the Ninth Circuit Court of Appeals, and the United States Supreme Court. Attached

hereto as Exhibits "1" and "2" are copies of Certificates of Standing from the bar of the states of California and Texas, respectively.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. I have no disciplinary proceedings pending against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing and true and correct as to the best of my knowledge. Executed this 4th day of August, 2020, in Mamaroneck, New York.

                                                Jered T. Ede, Esq. (Pro Hac Vice)
                                                CA State Bar No. 273440
                                                TX State Bar No. 24100267
                                                1214 W. Boston Post Road, No. 148
                                                Mamaroneck, NY 10543
                                                jered@jtede.com
                                                (p) 914-758-2938

# EXHIBIT "1"



**The State Bar of California**

OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105　　888-800-3400　　AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

July 22, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JERED TAYLOR EDE, #273440 was admitted to the practice of law in this state by the Supreme Court of California on December 6, 2010 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records

**EXHIBIT "2"**

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 21, 2020

Re: Jered Taylor Ede, State Bar Number 24100267

To Whom It May Concern:

This is to certify that Jered Taylor Ede was licensed to practice law in Texas on May 13, 2016, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

### Jered Taylor Ede

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 13th day of May, 2016.

I further certify that the records of this office show that, as of this date

### Jered Taylor Ede

is presently enrolled with the State Bar of Texas as an active member in good standing.



**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 21th day of July, 2020.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 9894C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.