UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
James Edward O'Keefe III,

              Plaintiff,

    - against -

Federal Bureau of Investigation,

             Defendant.
---------------------------------------------------------------x

7:20-CV-06146

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Jered T. Ede, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California and Texas; and that his/her contact information is as follows

Applicant's Name: Jered T. Ede
Firm Name: Law Office of Jered T. Ede
Address: 1214 W. Boston Post Road, No. 148
City/State/Zip: Mamaroneck, NY 10543
Telephone/Fax: 914-758-2938

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for James Edward O'Keefe III in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge