

**Jered T. Ede**
Law Office of Jered T. Ede
jered@jtede.com
Licensed in California and Texas

August 14, 2020

**VIA ECF FILING**
Hon. Judge Vincent L. Briccetti

Re:  James Edward O'Keefe III v. Federal Bureau of Investigation, et al.
     SDNY Case No. 7:20-cv-06146-VB
     Letter Response to August 7, 2020 Order re: White Plains Venue

Dear Hon. Judge Vincent L. Briccetti:

    Please accept the following in response to the Court's August 7, 2020 Order re:
White Plains venue, in which you directed me to submit a letter to the court either
acknowledging the above-captioned case should be transferred to Manhattan or
explaining why the case is properly designated for assignment to White Plains under
Rule 18.

    As the Court's Order explains, under Rule 18, venue is proper in White Plains if
"(iii) the claim arose outside this district and at least some of the parties reside in the
Northern Counties[.]"

    In this case, the attempted purchase of a firearm alleged in the Complaint
occurred outside this district.  However, Plaintiff James Edward O'Keefe III resides in
the Northern Counties.  Accordingly, venue is proper in White Plains under Rule 18.

    Plaintiff will be submitting an amended complaint within the next week with
allegations conforming to Rule 18.

                        Best Regards,

                        Jered T. Ede, Esq.
                        Attorney for Plaintiff
                        James Edward O'Keefe III