UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

James Edward O'Keefe III                            ,        :        7:20-CV-06146        )

               Plaintiff,        :

                          :        **MOTION FOR ADMISSION**
      - against -        :        **PRO HAC VICE**

Federal Bureau of Investigation        :

                      ,        :

            Defendant.        :

-------------------------------------------------------------x

      Pursuant to rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, Jered T. Ede _____ hereby moves

this Court for an Order for admission to practice *pro hac vice* to appear as counsel for

James Edward O'Keefe III

_____ in the above-

captioned action.

      I am in good standing of the bar(s) of the state(s) of California and Texas _____

and there  are no pending disciplinary proceedings against me in any state or federal court. I have

never been convicted of a felony. I have never been censured, suspended, disbarred or denied

admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 8/4/20

                  Respectfully Submitted,

                  Applicant Signature: _____

                  Jered T. Ede
                  Applicant's Name: _____

                  Law Office of Jered T. Ede
                  Firm Name: _____

                  1214 W. Boston Post Road, No. 148
                  Address: _____

                  Mamaroneck, NY 10543
                  City/State/Zip: _____

                  914-758-2938
                  Telephone/Fax: _____

                  jered@jtede.com
                  Email: _____