UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES EDWARD O'KEEFE III; | Case No. 7:20-cv-06146-VB |
| Plaintiff, | AFFIDAVIT OF JERED T. EDE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |
| -against- | |
| FEDERAL BUREAU OF INVESTIGATION; | Jury Trial Requested |
| Defendant. | |

I, Jered T. Ede, declare under penalty of perjury as follows:

1.      I am the attorney for plaintiff in the above-entitled action.  I make this affidavit in support of my concurrently filed Motion for Admission to the United States District Court for the Southern District of New York Pro Hac Vice pursuant to SDNY Local Rule 1.6, specifically for the above-captioned case.  The following is based upon my personal knowledge.

2.      I am an attorney licensed to practice and in good standing in the bar of the states of California and Texas, in addition to the District Courts for the Northern, Eastern, Southern, and Central Districts of California, the District Courts for the Northern, Eastern, Southern, and Western Districts of Texas, the Ninth Circuit Court of Appeals, and the United States Supreme Court.  Attached

hereto as Exhibits "1" and "2" are copies of Certificates of Standing from the states of California and Texas, respectively.

3.    I have never been convicted of a felony.

4.    I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5.    I have no disciplinary proceedings pending against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing and true and correct as to the best of my knowledge. Executed this 24th day of August, 2020, in Mamaroneck, New York.

Jered T. Ede, Esq. (Pro Hac Vice)
CA State Bar No. 273440
TX State Bar No. 24100267
1214 W. Boston Post Road, No. 148
Mamaroneck, NY 10543
jered@jtede.com
(p) 914-758-2938

[NOTARY ACKNOWLEDGEMENT ON FOLLOWING PAGE]

**Acknowledgement Form**

State of New York)

ss.:

County of Westchester)

On the __24th__ day of August in the year 2020, before me, the undersigned notary public, personally appeared Jered T. Ede, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____Notary Public

STACY H GORAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GO6354061
Qualified In Westchester County
My Commission Expires 02-06-2021

# EXHIBIT "1"



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### ***JERED TAYLOR EDE***

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JERED TAYLOR EDE, #273440, was on the 6th day of December 2010, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 10th day of August 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*C. Wong, Senior Deputy Clerk*

# EXHIBIT "2"

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 21, 2020

Re: Jered Taylor Ede, State Bar Number 24100267

To Whom It May Concern:

This is to certify that Jered Taylor Ede was licensed to practice law in Texas on May 13, 2016, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jered Taylor  Ede**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 13th day of May, 2016.

I further certify that the records of this office show that, as of this date

**Jered Taylor  Ede**

is presently enrolled with the State Bar of Texas as an active member in good standing.



**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 21th day of July, 2020.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 9894C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.