UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

James Edward O'Keefe III
_____ ,
                                        :

                        Plaintiff,      :

        - against -                     :      **ORDER FOR ADMISSION**
Federal Bureau of Investigation         :      **PRO HAC VICE**
_____ ,       :
                                        :
                        Defendant.      :
                                        :
--------------------------------------x

                         Jered T. Ede
        The motion of _____ , for admission to

practice *pro hac vice* in the above-captioned action is granted.

        Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of
California and Texas
_____ ; and that his/her contact information is
as follows

                         Jered T. Ede
        Applicant's Name: _____
                         Law Office of Jered T. Ede
        Firm Name: _____
                         1214 W. Boston Post Road, No. 148
        Address: _____
                         Mamaroneck, NY 10543
        City/State/Zip: _____
                         914-758-2938
        Telephone/Fax: _____

        Applicant having requested admission *pro hac vice* to appear for all purposes as counsel
        James Edward O'Keefe III
for _____ in the above entitled action;

        **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated: 8/25/20

_____
United States District / Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/20
7:20-CV-06146