UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JAMES EDWARD O'KEEFE, III,                    :
                Plaintiff,               :
v.                                                                        :  **ORDER**
                                                     :
FEDERAL BUREAU OF INVESTIGATION,   :  20 CV 6146 (VB)
and UNITED STATES OF AMERICA,            :
                Defendants.           :
--------------------------------------------------------------x

       On August 6, 2020, plaintiff commenced the instant action against the Federal Bureau of Investigation and the United States of America. (Doc. #1). On August 25, 2020, plaintiff filed the First Amended Complaint. (Doc. #8).

       On August 26, 2020, the Clerk of Court issued summonses as to defendants. (Docs. ##13–14). However, there is no indication on the docket that defendants have been served in accordance with Fed. R. Civ. P. 4, and defendants have not appeared in this case.

       Accordingly, pursuant to Fed. R. Civ. P. 4(m), this action will be dismissed without prejudice unless, on or before December 14, 2020, plaintiff either: (i) files to the ECF docket proof of service, indicating defendants were served on or before November 4, 2020, in accordance with Rules 4(m) and 4(i); or (ii) shows good cause in writing for his failure to comply with Rules 4(m) and 4(i).

Dated: November 30, 2020
       White Plains, NY

                                               SO ORDERED:

                                               _____
                                               Vincent L. Briccetti
                                               United States District Judge