USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/04/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JAMES EDWARD O'KEEFE, III,
            Plaintiff,

v.                          **ORDER**

FEDERAL BUREAU OF INVESTIGATION,    20 CV 6146 (VB)
and UNITED STATES OF AMERICA,
            Defendants.
--------------------------------------------------------------x

       On August 6, 2020, plaintiff commenced the instant action against the Federal Bureau of Investigation and the United States of America. (Doc. #1). On August 25, 2020, plaintiff filed the First Amended Complaint. (Doc. #8). On August 26, 2020, the Clerk of Court issued summonses as to defendants. (Docs. ##13–14).

       On November 30, 2020, the Court issued an order instructing plaintiff that this case would be dismissed unless plaintiff either: (i) filed to the ECF docket proof of service, indicating defendants were served, or (ii) showed good cause in writing for his failure to comply with Rules 4(m) and 4(i). Plaintiff requested an extension to comply with Rules 4(m) and 4(i), and, on December 14, 2020, the Court granted plaintiff's request. (Doc. #17).

       Pursuant to this Court's December 14, 2020 Order, plaintiff had until December 30, 2020 to serve defendants. However, there is no indication on the docket that defendants have been served in accordance with Fed. R. Civ. P. 4, and defendants have not appeared in this case.

       Accordingly, pursuant to Fed. R. Civ. P. 4(m), this action will be dismissed without prejudice unless, on or before January 18, 2021, plaintiff either: (i) files to the ECF docket proof of service, indicating defendants were served on or before December 30, 2020, in accordance with the Court's December 14, 2020 Order; or (ii) shows good cause in writing for his continued failure to comply with Rules 4(m) and 4(i).

Dated: January 4, 2021
       White Plains, NY

                                       SO ORDERED:

                                       _____
                                       Vincent L. Briccetti
                                       United States District Judge